IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CV-345-D(1)

| | | |
|---|---|---|
| WORTH L. INGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On June 24, 2009, Magistrate Judge Gates issued a Memorandum and Recommendation

("M&R"). In that M&R, Judge Gates recommended that plaintiff's motion for judgment on the

pleadings be denied, defendant's motion for judgment on the pleadings be granted, and defendant's

final decision denying the request for benefits be affirmed. No objections to the M&R have been

filed.

"The Federal Magistrates Act requires a district court to make a de novo determination of

those portions of the [magistrate judge's] report or specified proposed findings or recommendations

to which objection is made." Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir.

2005) (quotation omitted, emphasis removed & alteration in original). Absent a timely objection,

"a district court need not conduct a de novo review, but instead must only satisfy itself that there is

no clear error on the face of the record in order to accept the recommendation." Id. (quotation

omitted).

The court has reviewed the M&R, the record, and the briefs. The court is satisfied that there

is no clear error on the face of the record. Accordingly, the court accepts the M&R. Plaintiff's

motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings

is GRANTED, the final decision by defendant is AFFIRMED, and this matter is DISMISSED. The

Clerk is directed to close the case.

SO ORDERED. This 20 day of July 2009.

JAMES C. DEVER III
United States District Judge
