AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WORTH L. INGRAM, )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MICHAEL J. ASTRUE, Commissioner of Social )<br>Security, )<br>          Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-345-D1** |

**Decision by the Court.**

    IT IS ORDERED AND ADJUDGED that the Magistrate Judge's recommendation is ADOPTED. The Plaintiff's Motion for Judgment on the Pleadings is DENIED, the Defendant's Motion for Judgment on the Pleadings is ALLOWED, and this action is DISMISSED. The Clerk is DIRECTED to close the case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 20, 2009**, AND A COPY MAILED TO:

| | |
|---|---|
| Lila T. Forro<br>309 West Millbrook Road, Suite 141<br>Raleigh, NC 27609 | Lawrence A. Levey<br>Social Security Administration, Rm 228<br>Altmeyer Building<br>6401 Security Blvd.<br>Baltimore, MD 21235 |

| | |
|---|---|
| July 20, 2009<br>Date | DENNIS IAVARONE, Clerk<br>*Eastern District of North Carolina*<br><br>/s/ Susan K. Edwards<br>*(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |